UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 JUN 13 PM 3:33

U.S.A. vs. __Walter Bush__          Docket No. __2:02CR20427-01__

CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**Petition on Probation and Supervised Release**

COMES NOW __Christy J. Henson__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Walter Bush,__ who was placed on supervision by the Honorable __J. Daniel Breen__ sitting in the court at __Memphis, TN__, on the __22nd__ day of __December__, 2003, who fixed the period of supervision at __two (2) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in a substance abuse program as directed by the Probation Office.
2. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office.
3. The defendant shall provide the Probation Office access to any requested financial information.
4. The defendant shall notify the Court and the U.S. Attorney of any material change in economic circumstances that might affect the defendant's ability to pay restitution.
5. The defendant shall pay restitution in the amount of $4,800.00 in regular monthly installments in the amount of 10% of gross income.

* Term of Supervised Release began on December 22, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Walter Bush fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides towards achieving supervision objectives and appears to pose no risk to public safety. Mr. Bush has made payments totaling $1,430 towards his Court ordered obligation leaving an outstanding balance of $3,370. On April 15, 2005, Mr. Bush executed an Authorization for Automatic Payroll Deduction Form with the U.S. Attorney Financial Litigation Unit and agreed to have $65.00 deducted bi-weekly from his pay check. The U.S. Attorney Financial Litigation Unit began receiving payments on May 13, 2005.

**PRAYING THAT THE COURT WILL ORDER** that Walter Bush be allowed to end his term of supervision early with the understanding that the U. S. Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this __13th__ day __June__, 20 __05__, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Christy J. Henson
United States Probation Officer

Place: __Memphis, TN__

Date: __June 9, 2005__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:02-CR-20427 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT